UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80215-Cr-Martinez

UNITED STATES OF AMERICA,

v.

ERIC CHARLES HARDING,

        Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, ERIC CHARLES HARDING, appeared before the Court on July 24, 2019, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of Conspiracy to possess with intent to distribute a Schedule II substance, in violation of 21 U.S.C. § 841(a)(1) and felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Following this conviction, he was sentenced to Forty-Six (46) months in prison and three (3) years of supervised release.

The Defendant began his term of supervised release on March 2, 2018. He presently stands charged with violating his supervised release by: (1) by unlawfully possessing or using a controlled substance; (2) by unlawfully possessing or using a controlled substance (3) by associating with a person engaged in criminal activity and (4) by unlawfully possessing or using a controlled substance.

Defendant was advised of his rights under Fed. R. Crim. P. 32.1(b)(2) and the maximum possible penalty for the violations. Defendant freely, knowingly, and voluntarily

admitted to the above violations and through counsel, the parties jointly request the court defer sentencing for 30 days.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1 through 4. The Court further RECOMMENDS that this matter be set down for a sentencing date 30 days from the date of this order before U.S. District Judge Jose E. Martinez.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Jose E. Martinez, within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 24th day of July 2019.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE