UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-80215-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ERIC CHARLES HARDING,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon a Report and Recommendation on a final hearing alleging six violations of supervised release.

**THE MATTER** was heard by United States Magistrate Judge Bruce E. Reinhart, on July 24, 2019. A Report and Recommendation was filed on July 25, 2019 [ECF No. 48], recommending that this Court find the Defendant guilty of violations 1 through 4 of the Superseding Petition for Offender Under Supervision as set forth in the Petition. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 48] on Defendant's final hearing to the violations as set forth in the Superseding Petition alleging Violations of Supervised Release of the United States Magistrate Judge Bruce E. Reinhart, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 1 through 4 as set forth in the Superseding Petition for Offender Under Supervision. Sentencing is set on **Tuesday, October 15, 2019 at 2:15p.m,** in courtroom 4008, at 101 South U.S. Highway 1, Fort Pierce, Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of August, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Reinhart
All Counsel of Record
U.S. Probation Office